Case 1:26-cv-06825-DLC Document 17 Filed 11/16/26 Page 1 of 2

THE CITY OF NEW YORK
LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

**STEVEN BANKS**
*Corporation Counsel*

**Abigail Strange**
Office Phone: (212) 356-2082
E-mail: astrange@law.nyc.gov
(not for service)

November 16, 2026

**VIA ECF**
The Honorable Denise Cote
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: *Garrick v. The City of New York et al.*, 26 Civ. 6825 (DLC)

Dear Judge Cote:

I am an Assistant Corporation Counsel in the office of Steven Banks, Corporation Counsel of the City of New York, and the attorney assigned to represent Defendants City of New York and former New York City Fire Commissioner Robert S. Tucker in the above-referenced matter. I write jointly with counsel for the New York City Health and Hospitals Corporation and Plaintiff's counsel to respectfully request that the Court (1) adjourn the Initial Pretrial Conference currently scheduled for Friday, November 20, 2026, at 2:00 p.m. (Dkt. No. 11), and (2) grant a corresponding extension of any deadline to submit a proposed case management plan. The reason for this request is that there are individual defendants that have not yet been served in this action, and Plaintiff's counsel has informed defendants that they intend to file an amended complaint. This is the parties' first such request for an extension of these deadlines and granting this request would not affect any other Court deadlines.

In addition, Plaintiff's counsel seeks an extension on the deadline until November 30, 2026 to serve two individual defendants—Defendant RNDC Safety Unit Correction Officer Andy McMillan and Defendant RNDC Warden Solomon Chester. Plaintiff has diligently attempted to serve both Defendants with multiple unsuccessful service attempts, in part because Defendant Chester is no longer employed with the Department of Correction, and a Department of Correction desk officer incorrectly informed Plaintiff's service processer that Defendant McMillan was no longer employed with the Department of Correction. Following communications with the

Department of Correction, Plaintiff has recently obtained confirmation of addresses to effectuate service on both Defendants. Defendants will not be prejudiced by this limited delay.

In light of the foregoing, the parties also request that the Court so-order the below proposed schedule. The parties seek this relief to allow Plaintiff time to serve the anticipated amended complaint on all defendants, to allow this office time to assess representation of individual defendants once served in compliance with obligations created under N.Y. Gen. Mun. Law § 50-k, and to allow all defendants time to answer or otherwise respond to the anticipated amended complaint:

- **Deadline to serve the anticipated amended complaint** – Monday, November 30, 2026

- **Deadline for all defendants to answer or otherwise respond to the anticipated amended complaint** – Friday, January 29, 2027

Accordingly, and in the interest of judicial economy, the parties respectfully request that the Court adjourn the Initial Pretrial Conference and any corresponding deadlines to file a proposed case management plan and so-order the proposed schedule above.

Thank you for Your Honor's time and consideration of this request.

Respectfully submitted,

/s/ Abigail Strange
Abigail Strange
Assistant Corporation Counsel

CC: BY ECF
*all counsel of record*

Granted. The conference is adjourned to 2/5/27 at 2:00 pm.
Denise Cote
11/16/26